IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01006-RPM-MEH

UNIVERSAL STEEL BUILDINGS CORP,

      Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a GENERAL STEEL CORPORATION,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 21, 2007.**

This case arises based on a discovery dispute in an arbitration proceeding. Because this matter is now moot, Plaintiff's Motion to Dismiss [Filed June 13, 2007; Docket #7] is **granted**. Plaintiff's Motion to Quash Arbitration Subpoena [Filed May 14, 2007; Docket #1] is **denied without prejudice** as moot. This matter is hereby **terminated**.